# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| Michael Nichols,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>USAA Savings Bank,<br><br>　　　　　　Defendant. | Civil Action No.: 5:16-cv-00044-XR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Michael Nichols | USAA Savings Bank |
|---|---|
| /s/ Sergei Lemberg | /s/ David M. Krueger |
| Sergei Lemberg, *Attorney-in-Charge*<br>Connecticut Bar No. 425027<br>LEMBERG LAW, L.L.C.<br>43 Danbury Road, 3rd Floor<br>Wilton, CT 06897<br>Telephone: (203) 653-2250<br>Attorney for Plaintiff | David M. Krueger, Esq.<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>200 Public Square, Suite 2300<br>Cleveland, Ohio 44114-2378<br>Telephone: (216) 363-4500<br><br>Theodore C. Schultz, Esq.<br>Lindow Stephens Treat LLP<br>One Riverwalk Place<br>700 N. St Mary's Street, Suite 1700<br>San Antonio, TX 78205<br>Telephone: (210) 227-2200<br>Attorneys for Defendant |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 4, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                By /s/ Sergei Lemberg
                                                     Sergei Lemberg